**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Eugene MYRICK, Petitioner**

No. 531 EAL 2016

Supreme Court of Pennsylvania.

May 15, 2017

## ORDER

PER CURIAM

AND NOW, this 15th day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**